UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL STEVE COX, | |
| Plaintiff, | 2:11-cv-103-KJD-RJJ |
| vs. | |
| DWIGHT NEVEN, *et al.,* | O R D E R |
| Defendant, | |

This matter is before the Court on Plaintiff's Sealed Motion for Discovery (#7).

The Court having reviewed the Sealed Motion (#7) and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Sealed Motion for Discovery (#7) is **DENIED WITHOUT PREJUDICE** pending a screening of the complaint pursuant to 28 U.S.C. § 1915A .

DATED this  7th  day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge