UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL STEVE COX,

    Plaintiff,

v.

DWIGHT NEVEN, et al.,

    Defendants.

Case No. 2:11-CV-00103-KJD-RJJ

**ORDER**

    Currently before the Court is Plaintiff's Motion for Temporary Restraining Order (#14) filed April 14, 2011.  Plaintiff, an inmate at Ely State Prison, seeks that the Court grant him injunctive relief "to ensure that he receives proper/prescribed medical care".  (#14 at 2.)

    Plaintiff's Complaint avers *inter alia* that he suffered two "near fatal, paralyzing injuries" while incarcerated, and has since, been prescribed ambulatory aids and medical care that are currently being denied him.  Specifically, Plaintiff avers that he needs medical treatment for his "severe constipation, jaundice, crippling pains, psychotic distress, depression," and other emotional and physical pain. (#11 at 3.)  Additionally, Plaintiff alleges that he has been unconstitutionally denied sufficient toilet tissue "to wipe his bowel movements", soaps "to prevent skin/staff infections", and toothpaste "too (sic) reduce bad breath\tooth-gum decay\disease". (Id.)

Additionally, Plaintiff alleges that he has been denied access to the grievance process, and assigned to a "non-handicap\non-accommodative unit". (Id.)

Upon review of Plaintiff's Motion the Court finds that Plaintiff's pleading fails to meet the standard for the granting of temporary injunctive relief. Specifically, Plaintiff has failed to demonstrate a likelihood of success on the merits, or to demonstrate that there are serious questions going to the merits. Additionally, Plaintiff has failed to demonstrate the emergent circumstances necessary to merit injunctive relief without a response from the Defendants. Plaintiff's Complaint was filed in state court on November 19, 2010, and his Motion for a Temporary Restraining Order (averring the same basis for relief) was filed on April 14, 2011. Moreover, the Motion fails to satisfactorily address the potential of irreparable injury and/or balance of hardships. Though Plaintiff makes general allegations that his health may be permanently damaged and/or that he may experience death should injunctive relief not be granted, he has failed to provide sufficient factual allegations to support such conclusory statements.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Temporary Restraining Order (#14) is **DENIED**.

DATED this 19th day of April, 2011.

_____
Kent J. Dawson
United States District Judge