UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN MICHAEL COX,         )<br>                                              )<br>           Plaintiff,                  )<br>                                              )<br>vs.                                         )<br>                                              )<br>DWIGHT NEVEN, *et al.*,        )<br>                                              )<br>           Defendant,              )<br>                                              ) | 2:11-cv-103-KJD-RJJ<br><br><br>O R D E R |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Motion for Discovery (#25).

The Court having reviewed the Motion (#25), the Response (#27) and the file herein, finds that no discovery regard Defendant Cool is necessary inasmuch as service was accepted on April 21, 2011. *See*, Acceptance of Service (#13). Further, this Court is not involved in Plaintiff's small claims matter. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Discovery (#25) is **DENIED.**

DATED this __21st__ day of July, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge