UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MICHAEL STEVE COX, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-0103-KJD-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| DWIGHT NEVEN, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Motion for Scheduling Order (#36).

The Court having reviewed the Motion (#36) and the file herein finds that Plaintiff is pursuing an appeal to the Ninth Circuit Court of Appeals regarding an earlier order in this case. Therefore, no discovery is warranted at this time. Based on the foregoing and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Scheduling Order (#36) is **DENIED.**

DATED this  7th  day of December, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge