# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL STEVE COX,

    Plaintiff,

v.

DWIGHT NEVEN, *et al.*,

    Defendants.

Case No. 2:11-CV-00103-KJD-RJJ

**ORDER**

Before the Court is Plaintiff Michael Steve Cox's Motion for Default (#43). Defendants have filed an opposition (#44).

On October 20, 2011 the Court ordered Defendants to answer Plaintiff's complaint by November 7, 2011. Plaintiff now seeks a default in the amount of $1.7 million dollars for failure to answer in this matter. However, Defendants Isidro Baca, Robert B. Bannister, Andres Benavidez, Amy Calderwood, Roland Daniels, Efrain Lona, Cole Morrow, Dwight Neven, and Russell Wright filed an Answer (#38) in this matter. These are the only defendants who have accepted service. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Default (#43) is **DENIED**.

DATED this 9th day of April 2012.

                                                      _____
                                                      Kent J. Dawson
                                                      United States District Judge