UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MICHAEL STEVE COX, | ) | |
| Plaintiff, | ) | 2:11-cv-103-KJD-RJJ |
| vs. | ) | |
| DWIGHT NEVEN, *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Request for Scheduling Orders for Discovery (#48).

The Court having reviewed the Motion (#48) and the Opposition (#50) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing by telephone conference call is scheduled for August 31, 2012, at 9:30 AM.

IT IS FURTHER ORDERED that Defendants shall make all necessary arrangements with the institution where Plaintiff is incarcerated to insure the participation of the Plaintiff in the conference call.

IT IS FURTHER ORDERED that the parties are directed to call into the court's meet-me-line at (702)868-4906, conference code: 123456.

DATED this  15th  day of August, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge