# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

STEVE MICHAEL COX,

     Plaintiff,

v.

DWIGHT NEVEN, *et al*.,

     Defendants.

Case No. 2:11-CV-00103-KJD-NJK

**ORDER**

Before the Court are the Motion for District Judge to Reconsider Order on Motion to Compel (#68) and Motion for Enlargement of Time (#71) filed by Plaintiff Steve Michael Cox. Defendants Isidro Baca, Robert B. Bannister, Andres Benavidez, Amy Calderwood, Roland Daniels, Efrain Lona, Cole Morrow, Dwight Neven, and Russell Wright (collectively "Defendants") have filed oppositions (## 72, 73).

I. Background

Defendants filed a Motion for Summary Judgment (#51) on August 15, 2012. On August 24, 2012, Plaintiff sought additional time to respond to the Motion for Summary Judgment so that he could conduct additional discovery (#54). Plaintiff also sought legal supplies. Defendants opposed these requests (## 56, 57).

On August 31, 2012 Magistrate Judge Robert Johnston ordered that Plaintiff comply with Fed. Rule of Civ. P. 56(d) by setting for specified reasons why he could not oppose summary judgment without additional discovery (#58). Judge Johnston also ordered Plaintiff to outline the supplies that he needed. After subsequent briefing, two stipulated extensions, and a stipulation

1    foregoing paper service to alleviate the need for supplies, the matter came before Magistrate Judge

2    Koppe, who had been assigned to the case.

3         On January 22, 2012, Judge Koppe granted in part Plaintiff's motion to compel (#67).

4    Defendants complied with the Order on January 30 and February 5.  Plaintiff filed this Motion

5    objecting to Judge Koppe's order.[1]  Plaintiff also filed a motion for enlargement of time to complete

6    discovery or alternatively to compel discovery.

7    II. Discussion

8         A. Motion for Reconsideration of Magistrate Judge's Order

9         Under 28 U.S.C. 636(b)(1), the Court will reconsider a magistrate judge's order that is clearly

10   erroneous or contrary to law.  See also Fed R. Civ. P. 72(a)(2-3).

11         The Court has reviewed Judge Koppe's Order and finds that it is correct.  Specifically, Judge

12   Koppe determined that Plaintiff failed to comply with Fed. R. Civ. P. 56(d), despite Judge Johnston's

13   clear instructions.  Judge Koppe also noted that Defendants conceded relevance to certain

14   interrogatories and were willing to provide answers.  Judge Koppe directed Defendants to provide

15   this discovery and Defendants have now complied with Judge Koppe's order.

16         Plaintiff also contends that Judge Koppe failed to address his motion seeking supplies.

17   Plaintiff's request was embedded in his motion for additional discovery (#59).  The Court has

18   reviewed the request and finds that it lacks merit for the same reason that his previous request for

19   supplies was denied by Judge Johnston.  See Dkt. #32.  Specifically, Plaintiff has failed to meet his

20   burden to demonstrate that he has been denied necessary supplies and that he would suffer actual

21   injury due to the denial of these supplies.  Further, Plaintiff has not explained why Defendants'

22   stipulation to forego service of future documents does not resolve the issue.

23

24

25         [1] This is not the first time Plaintiff has sought reconsideration of a magistrate judge's order in this case.  See

26   Dkt. #34. Plaintiff is warned that he is not entitled to request reconsideration of every order of the magistrate judge that does not favor him.  The Court will not tolerate future requests for reconsideration that lack merit.

B.  Motion for Enlargement of Time

Plaintiff's Motion for Enlargement of time is moot because Defendants have complied with Judge Koppe's ruling.  To the extent Plaintiff seeks more discovery than Judge Koppe ordered, his motion is denied as duplicative of previous motions.

As a final note, Plaintiff's pattern of delay and filing frivolous motions has prevented timely resolution of the Motion for Summary Judgment, which has been pending since August.  Defendants have requested a protective order preventing additional discovery requests and seek fees relating to opposing this motion.  Because Plaintiff is a pro se party, the Court will not issue a protective order or sanctions.  However, Plaintiff is ordered to respond to the Motion for Summary Judgment on or before March 14, 2013.  If Plaintiff fails to respond, the Court will grant Defendants' Motion pursuant to Local Rule 7-2.  Plaintiff may not seek any enlargement of time to respond to the Motion.  Defendants are ordered to file their reply on or before March 25, 2013.

III.  Conclusion

**IT IS HEREBY ORDERED** that Plaintiff's Motion for District Judge to Reconsider Order on Motion to Compel (#68) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Enlargement of Time (#71) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff is ordered to respond to the Motion for Summary Judgment (#51) on or before March 14, 2013 and that Defendants file their reply on or before March 25, 2013.

DATED this 1st day of March 2013.

_____
Kent J. Dawson
United States District Judge

3