# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL STEVE COX, | Case No.: 2:11-cv-00103-APG-NJK |
| Plaintiff, | |
| vs. | |
| DWIGHT NEVEN, *et al.,* | |
| Defendants. | |

# **O R D E R**

Before the Court is plaintiff's Motion to Hold Proceedings in Abeyance (#77).

On March 19, 2013, this Court ordered that Plaintiff's Motion for Voluntary Dismissal (#75) would be granted if plaintiff files proof that he has associated with counsel within 60 days of that Order. On March 28, 2013, plaintiff filed his Motion to Hold Proceedings in Abeyance, seeking to stay enforcement of the March 19 Order. Plaintiff does not state how long the case should be held in abeyance, nor does he explain what act or event would trigger an end to the stay, should one be granted. Moreover, the reasons set forth in his Motion do not justify holding this matter in abeyance.

/ / /

/ / /

*/ / /*

1

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Hold Proceedings in Abeyance is hereby **DENIED**. Plaintiff is to comply with the Court's March 19 2013 Order.

DATED this 30th day of April, 2013.

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**